

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00657-CV

**IN THE INTEREST OF J.R.V. AND J.R.V.**, Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01946
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED, and appointed counsel's "Motion to Allow Withdrawal of Attorney of Record and Substitute Counsel for Purposes of Pursuing a Petition for Review with the Texas Supreme Court" is DENIED.

No costs are assessed against appellant because she is indigent.

SIGNED March 22, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice